IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**DEADRICK L. BOYD,**

**Defendant.**                              No. 07-CR-30040-DRH

## ORDER

**HERNDON, District Judge:**

Before the Court is a motion to substitute counsel, submitted by Defendant. (Doc. 15.) The Court **GRANTS** this motion. (Doc. 15.) Assistant Federal Public Defender Andrea L. Smith is hereby **WITHDRAWN** as counsel for Defendant and **REPLACED** by Assistant Federal Public Defender Stephen C. Williams.

**IT IS SO ORDERED.**

Signed this 4th day of May, 2007.

/s/      David   RHerndon
**United States District Judge**