# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**DEADRICK L. BOYD,**

**Defendant.**           No. 07-CR-30040-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is the Government's motion to continue sentencing hearing (Doc. 62). Said motion is **GRANTED**. The Court **CONTINUES** the sentencing in this matter to April 11, 2008 at 2:30 p.m. Further, the Court **ALLOWS** the Government up to and including February 22, 2008 to file a response to Defendant's objections to the Presentence Report.

**IT IS SO ORDERED.**

Signed this 7th day of February, 2008.

/s/      David R. Herndon
Chief Judge
United States District Court