IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIMINAL NO. 07-CR-30040-DRH |
| ) | |
| DEADRICK L. BOYD, ) | |
| ) | |
| Defendant. ) | |

## ORDER

BEFORE THE COURT is Plaintiff's Motion to Revoke Order of Release as to defendant Deadrick Boyd and for Forfeiture of Bond. The Court being apprised in the premises for Plaintiff's Motion, finds the Motion to be well taken, and specifically finds that the defendant has violated certain of the conditions of the order of pre-trial release and the bond posted as a condition of his pre-trial release.

IT IS THEREFORE ORDERED that the Order of Pretrial Release issued by the Magistrate Judge for the Western District of Tennessee and later adopted by this Court is REVOKED and defendant DEADRICK BOYD shall be detained pending the disposition of the above-captioned case.

IT IS FURTHER ORDERED that the defendant's bond is REVOKED and the $500.00 deposit that was paid into the registry of the Court on the $5,000.00 recognizance bond posted by the defendant is declared to be forfeited in accordance with Title 18, United States Code, Section 3146(d).

/s/ David R Herndon
Chief Judge
United States District Court

Dated: April 21, 2008