# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**DEADRICK L. BOYD,**

**Defendant.**                      No. 07-CR-30040-DRH

## ORDER

**HERNDON, Chief Judge:**

On May 6, 2006, Boyd's counsel, Richard Sindel, filed a motion to withdraw as attorney (Doc. 76). On May 8, 2008, the Court held a hearing on the motion and orally granted the motion. Thus, the Court **RE-APPOINTS** Assistant Federal Public Defender Stephen C. Williams to represent Boyd in this matter. Further, the Court will reset this matter for sentencing at a later date.

**IT IS SO ORDERED.**

Signed this 9th day of May, 2008.

/s/        David R Herndon
Chief Judge
United States District Court